1  McGREGOR W. SCOTT
   Acting United States Attorney
2  DAVID SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

Apr 21, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:          CASE NO.  2:20-SW-192-CKD

12  THE CELLULAR TELEPHONE ASSIGNED          [PROPOSED] ORDER DELAYING NOTICE
    CALL NUMBER (916) 640-9543, WITH ,
13                                           **UNDER SEAL**

14

15          The United States has represented that there exists an ongoing investigation into the narcotics

16  trafficking and money laundering activities of the parties named in the application and order, signed

17  February 21, 2020, which authorized agents of the Drug Enforcement Administration ("DEA") to

18  ascertain the physical location of the T-Mobile cellular telephones currently assigned: (916) 640-9543

19  ("TARGET CELL PHONE"), including but not limited to E-911 Phase II data (GPS and/or other precise

20  location information) concerning the TARGET CELL PHONE(S) (the "Requested Information"), for a

21  period of 30 days.

22          The government has further represented that service of the notice required by Federal Rules of

23  Criminal Procedure 41 (f)(2)(C) would compromise the ongoing investigation by disclosing its existence

24  to the targets.

25          Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

26  be required to serve the notice shall be postponed for 90 days from the date of this Order.

27  / / /

28  / / /

ORDER DELAYING NOTICE                        1

1    Should the United States seek further postponement of the time within which it must serve the

2  notice, it shall make further application to this Court.

3    IT IS SO ORDERED.

4

5  Dated:    04/21/2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DELAYING NOTICE                           2